**Filed**    CR-07 00582 JF

SEP 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0314-3:CR-05-00238-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kristine Burke<br>2730 Thomas Grade<br>Morgan Hill, CA | Middle/Pennsylvania | Scranton |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William J. Nealon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/6/2007 — TO 4/5/2010 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base (Crack) and in Excess of 1 Kilogram of Cocaine – 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer/supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation/supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 22, 2007                               _____
Date                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

9/6/07                                         _____
Effective Date                                 United States District Judge