**FILED**

APR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KRISTINE BURKE<br><br>        Witness. | No.: CR 07-00582-JF<br><br>[~~Proposed Order~~] APPOINTING THE FEDERAL PUBLIC DEFENDER<br><br>**Honorable Howard Lloyd**<br>United States Magistrate-Judge |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent KRISTINE BURKE.

Dated: April 21, 2008

_____
HONORABLE HOWARD LLOYD
United States Magistrate-Judge

CJa 23 submitted

[Proposed] Order Appointed Federal Public Defender      1