BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BURKE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-07-00582 JF |
| ) | |
| Plaintiff,   ) | MOTION FOR TERMINATION OF |
| ) | SUPERVISED RELEASE; DECLARATION |
| vs.   ) | IN SUPPORT THEREOF |
| ) | |
| KRISTINE ELIZABETH BURKE,   ) | |
| ) | |
| Defendant.   ) | |

I, Nicholas P. Humy, hereby declare:

1.  I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division.  My office has been appointed to represent defendant Kristine Burke in the above-captioned case.

2.  On October 25, 2005, Ms. Burke was sentenced in the Middle District of Pennsylvania on a single count of conspiracy to distribute a controlled substance.  Ms. Burke was sentenced to 30 months in the custody of the Bureau of Prisons, to be followed by three years of supervised release.

///

3. On September 27, 2007, Ms. Burke's supervision was transferred from the Middle District of Pennsylvania to the Northern District of California.

4. Ms. Burke is currently supervised by United States Probation Officer Janie Zhuang. I have spoken with Officer Zhuang and she has informed me that Ms. Burke has done very well on supervision and that all of the goals of supervised release have been met. Officer Zhuang also informed me that her office no longer initiates petitions for early termination of supervised release, but that she has no objection to the early termination of Ms. Burke's supervision.

5. For the reasons set forth above, it is respectfully requested that the Court terminate Ms. Burke's term of supervised release.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

Executed this 21st day of July, 2008, in the Northern District of California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender