1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BURKE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,        )    No. CR-07-00582 JF
12                                   )
                Plaintiff,           )    [PROPOSED] ORDER TERMINATING
13                                   )    SUPERVISED RELEASE
   vs.                               )
14                                   )
   KRISTINE ELIZABETH BURKE,         )
15                                   )
                Defendant.           )
16 _____   )

17         GOOD CAUSE APPEARING, upon the unopposed request of defendant Kristine

18 Elizabeth Burke, by and through counsel,

19         IT IS HEREBY ORDERED that Ms. Burke's supervised release is terminated as of the

20 date of this Order.

21         IT IS SO ORDERED.

22 Date:

23         _____
           THE HONORABLE JEREMY FOGEL
24         United States District Court

25

26