**E-filed 7/23/08**

1 | BARRY J. PORTMAN
Federal Public Defender
2 | NICHOLAS P. HUMY
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant BURKE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00582 JF |
| Plaintiff, ) | [PROPOSED] ORDER TERMINATING SUPERVISED RELEASE |
| vs. ) | |
| KRISTINE ELIZABETH BURKE, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, upon the unopposed request of defendant Kristine Elizabeth Burke, by and through counsel,

IT IS HEREBY ORDERED that Ms. Burke's supervised release is terminated as of the date of this Order.

IT IS SO ORDERED.

Date:   7/23/08

_____
THE HONORABLE JEREMY FOGEL
United States District Court

[Proposed] Order
No. CR-07-00582 JF                    1